# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

v.

Manny Remires

CASE NO. 3:17-CR-00078-01(PAD)

USM # 57941-069

## JUDGMENT OF DISMISSAL

Defendant __Manny Remires__ has been charged with the offense(s) of:

Count 1- 8:1326(a)(1) & (2) Attempt to Re-enter of a removed alien.

It is hereby ORDERED and ADJUDGED that the case against this defendant be DISMISSED for the reason set forth below:

[✓] The Court has granted the motion of the government for dismissal with prejudice, , pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure,

[ ] The Court has dismissed the charges without prejudice, for unnecessary delay, pursuant to Rule 48(b) of the Federal Rules of Criminal Procedure.

[ ] The Court has dismissed the charges **without prejudice**, as defendant remains fugitive.

[ ] The Court has dismissed the charges due to defendant's death.

IT IS SO ORDERED.

In San Juan, Puerto Rico, on August 20, 2018

S/ Pedro A. Delgado-Hernandez
United States District Judge

DPR Forms. Rev. Feb. 2016